THE RECTOR, ETC., OF HOLY TRINITY CHURCH of Harlem, etc.,
  Appellant, *v.* THE RECTOR, ETC., OF THE CHURCH OF
  ST. STEPHEN, ETC., Appellant, and JAMES BLACKHURST,
  Respondent.

THE PEOPLE ex rel. THE RECTOR, ETC., OF THE CHURCH OF ST.
  STEPHEN, Appellant, *v.* JAMES BLACKHURST, as Treasurer,
  etc., CHARLES E. FLEMING et al., Respondents.

An appellant will not be denied the right to withdraw his appeal and dis-
  continue the litigation, because of the fact that the attorney who
  brought the appeal, but who has ceased to represent the appellant,
  objects thereto.

(Argued June 15, 1891; decided June 23, 1891.)

MOTIONS to dismiss appeals.
The following is the *mem.* of opinion:
 " The motions upon the petitions for the withdrawal of the
above-entitled appeals should be granted.
 " The objections of Andrew J. Shipman, who has claimed to
be attorney for the corporation of the Church of St. Stephen,
cannot avail against the desire of that corporation, as expressed
by the vestry.   The wardens and vestrymen elected at the Easter
election, 1891, represent the corporation appellant in the above
action and proceeding, and they have authorized the motions
now made through attorneys named for that purpose.   To
permit the appeals to continue to be prosecuted would be to
deny the right to an appellant to discontinue litigation, with
no other reason than to gratify the wishes of an attorney who,
whatever the foundation of his original authority to appear,
has ceased to represent the litigant.   There is nothing in the
procedure which is objectionable, and we see no reason for
denying the appellant's applications.
 " There will be no costs awarded to any of the parties as
against the other; except ten dollars costs of each of the two

motions against the attorney Shipman in favor of the corpora-
tion of the Church of St. Stephen."

*Wager Swayne* for appellant.

*William H. Hamilton* for respondents.

*Per Curiam mem.* for dismissal of appeals..
All concur.
Appeals dismissed. _____